**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TEAM HUMANITY, NGO | ) | Judge Mary M. Rowland |
| Plaintiff, | ) | |
| vs. | ) | |
| TEAM HUMANITY, USA; and | ) | Case No. 22-cv-05526 |
| AYAT ABUZNADE. | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT ORDER**

This matter coming to be heard on Plaintiff's Motion for Entry of Default and Default Judgment, due notice having been given, and this Court being fully advised in the premises. The Court finds that Team Humanity, USA and Ayat Abuznade (collectively "Defendants") were properly served the Complaint, and neither Defendant answered or filed an appearance.

IT IS HEREBY ORDERED THAT:

1.      Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defendants are deemed in default and that this Final Judgment is entered against Defendants.

2.      Judgment in favor of Plaintiff Team Humanity, NGO is granted in the amount of $130,000;

3.      Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

  i.   Using or associating with the "Team Humanity" brand,

  ii.  Collecting donations intended for organizations using the "Team Humanity" name,

  iii. Using any internet domain names that uses any form of the phrase "Team Humanity,"

    iv.   Establishing or continuing any social media pages using any form of the phrase "Team Humanity," and

    v.   Using any image that depicts work done by Team Humanity, including without limitation each and every image listed in Salam Aldeen's Declaration.

4.    Those in privity with Defendants and with actual notice of this Order, including any online social media platforms such as Facebook, YouTube, LinkedIn, Twitter, and Internet search engines such as Google, Bing and Yahoo, shall within three (3) business days of receipt of this Order:

    i.   Disable and cease providing services for any accounts through which Defendants use the name Team Humanity or Team Humanity, USA;

    ii.   Disable and cease displaying any advertisements used by or associated with Defendants in connection with Team Humanity or Team Humanity, USA; and

    iii.   Take all steps necessary to prevent links to the Defendant's webpages from displaying in search results, including, but not limited to, removing links from any search index.

Dated: February 6, 2023

_____
Judge Mary M. Rowland

Order prepared by:
LYNCH THOMPSON (#60040)
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 346-1600
dlynch@lynchthompson.com
docketing@lynchthompson.com