## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Team Humanity, NGO

                     Plaintiff,

v.
                                            Case No.: 1:22–cv–05526
                                            Honorable Mary M. Rowland

Team Humanity, USA, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 18, 2023:

        MINUTE entry before the Honorable Mary M. Rowland: Case called for telephonic motion hearing. Plaintiff and representatives from Meta appeared telephonically. For the reasons stated on the record, Plaintiff wishes to withdraw its rule to show cause. Therefore, Plaintiff's motion [39] is withdrawn. Case remains closed. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.