# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Team Humanity, NGO

                                    Plaintiff,

v.                                                      Case No.: 1:22−cv−05526
                                                        Honorable Mary M. Rowland

Team Humanity, USA, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 3, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In person motion hearing held. For the reasons stated on the record, Plaintiff's motion against Defendants for rule to show cause [43] is granted. The Court finds that both defendants are in contempt of court. Plaintiff shall send a proposed order to the court's proposed order mailbox at Proposed_Order_Rowland@ilnd.uscourts.gov by 8/14/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.