IN THE US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS, EASTERN DIVISION

TEAM HUMANITY, NGO

       V.

TEAM HUMANITY, USA, and
AYAT ABUZNADE

Recorder's Stamp

Case no: 22-cv-05526

## MEMORANDUM OF JUDGMENT

On February 6, 2023, judgment was entered in this court in favor of the plaintiff Team Humanity, NGO and against the defendants Ayat Abuznade and Team Humanity, USA whose addresses are 1150 N. Lake Shore Dr., Apt 10E, Chicago, IL 606611 and 155 N. Michigan, Suite 714, Chicago, IL 60601 respectively. The Judgment is in the amount of $130,000.00.

Dated: August 23, 2023

*Mary M Rowland*

Judge Mary M. Rowland

*Prepared by:*
LYNCH THOMPSON
150 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 346-1600
esalomone@lynchthompson.com
docketing@lynchthompson.com